ROBERT F. CATTO, AN INFANT BY HIS GUARDIAN *AD LITEM*, GREGG CATTO, AND GREGG CATTO, INDIVIDUALLY, PLAINTIFFS-APPELLANTS, v. HOWARD A. SCHNEPP, MAURICE RIVER TOWNSHIP, DEFENDANTS-RESPONDENTS, AND CUMBERLAND COUNTY BOARD OF FREEHOLDERS, DEFENDANT-RESPONDENT, v. MAX BARBER, THIRD-PARTY DEFENDANT.

ROBERT F. CATTO, AN INFANT BY HIS GUARDIAN *AD LITEM*, GREGG CATTO, AND GREGG CATTO, INDIVIDUALLY, PLAINTIFFS-APPELLANTS, v. HOWARD A. SCHNEPP, DEFENDANT, AND MAURICE RIVER TOWNSHIP (A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY), CUMBERLAND COUNTY BOARD OF FREEHOLDERS (THE GOVERNING BODY OF CUMBERLAND COUNTY), DEFENDANTS-RESPONDENTS, AND MAURICE RIVER TOWNSHIP (A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY), THIRD-PARTY PLAINTIFF, v. HARLEYSVILLE MUTUAL INSURANCE COMPANY AND AETNA CASUALTY AND INSURANCE COMPANY, THIRD-PARTY DEFENDANTS.

Argued December 4, 1972—Decided December 18, 1972.

*Mr. James L. Cooper* argued the cause for appellants Catto (*Messrs. Cooper, Greenberg, Katzman & Todd,* attorneys).

*Mr. Gerald M. Eisenstat* argued the cause for respondent Schnepp (*Messrs. Shapiro, Brotman, Eisenstat & Capizola,* attorneys).

*Mr. Edward S. Miller* argued the cause for respondent Township of Maurice River (*Messrs. Gant & Miller,* attorneys).

*Mr. Anthony D. Buonadonna* argued the cause for respondent Cumberland County Board of Freeholders (*Messrs. Tuso and Gruccio,* attorneys).

PER CURIAM. The judgment of the Appellate Division, 121 *N. J. Super.* 506, is affirmed substantially for the reasons expressed in its opinion.

*For affirmance*—Chief Justice WEINTRAUB, Justices JACOBS, HALL and MOUNTAIN, and Judges CONFORD and LEWIS—6.

*For reversal*—None.